UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DeWAYNE THOMPSON, | No.  2:14-cv-1787 GEB GGH P |
| Petitioner, | |
| v. | ORDER |
| J. MACOMBER, | |
| Respondent. | |

Petitioner has filed a request to proceed in forma pauperis.  Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be granted.  See 28 U.S.C. § 1915(a).

Good cause appearing, IT IS HEREBY ORDERED that plaintiff's motion to proceed in forma pauperis (ECF No. 9) is granted.

Dated: September 9, 2014

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/kly
thom1787.101b

1