UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DeWAYNE THOMPSON,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>J. MACOMBER,<br><br>　　　　　　Respondent. | No. 2:14-cv-1787 GEB GGH P<br><br><br>ORDER TO SHOW CAUSE |

　　　Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed August 18, 2014, respondent was ordered to file, within sixty days, an answer to the instant petition or a motion to dismiss. Respondent has not filed an answer to the petition or a motion to dismiss.

　　　Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Within seven days from the date of this order respondent shall file and serve an answer to the petition for writ of habeas corpus or a motion to dismiss and shall show cause in writing why sanctions should not be imposed for the failure to file the answer or motion to dismiss timely.

/////

/////

/////

1

2. The Clerk of the Court is directed to serve this order on Michael Patrick Farrell, Senior Assistant Attorney General.

Dated: October 22, 2014

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Thom1787.102.osc