UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE THOMPSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>J. MACOMBER,<br><br>　　　　　Respondent. | No. 2:14-cv-1787 GEB GGH P<br><br><br><br>ORDER |

　　　　On March 13, 2015, petitioner filed a motion for appointment of counsel on appeal. Petitioner's notice of appeal was processed to the Ninth Circuit Court of Appeals on February 26, 2015. Because this court no longer maintains jurisdiction over the action, petitioner's request should be addressed to the Ninth Circuit Court of Appeals.

　　　　Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment of counsel is denied without prejudice to its being renewed in the Court of Appeals.

Dated: March 20, 2015

　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows

　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

GGH:076/Thom1787.110